# Third District Court of Appeal

## State of Florida

Opinion filed December 15, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-769
Lower Tribunal No. F11-2540

_____

**Sergio Radillo,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Alberto Milian, Judge.

Sergio Radillo, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.